UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINN BLANCETT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Civil Action No. 04-2152 (JDB) |

## ORDER

Upon consideration of [18] federal defendants' motion for judgment on the pleadings and [16] defendant-intervenor's motion for judgment on the pleadings, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motions are **GRANTED**; and it is further

**ORDERED** that the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

/s/
JOHN D. BATES
United States District Judge

Date:  March 20, 2006

Copies to:

Karen Jean Budd-Falen
BUDD-FALEN LAW OFFICE
P.O. Box 346
300 East 18th St.
Cheyenne, WY 820001-4614
Email:  karen@buddfalen.com
*Counsel for plaintiffs*

John S. Most
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663
Washington, DC 20044-0663
Email:  john.most@usdoj.gov
*Counsel for defendants*

Charles L. Kaiser
DAVIS, GRAHAM & STUBBS, LLP
1550 17th St., NW, Suite 500
Denver, CO 80202-0185
Email:  chuck.kaiser@dgslaw.com
*Counsel for intervenor-defendant New Mexico Oil and Gas Ass'n*